

**U. S. SMALL BUSINESS ADMINISTRATION**
RECEIVER FOR HISPANIA PRIVATE EQUITY, L.P.
409 THIRD STREET, S.W., 6TH FLOOR
WASHINGTON, D.C. 20416

FILED
DEC - 5 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WRITER'S DIRECT TELEPHONE: (202) 205-7514

FAX NUMBER: (202) 205-6957

December 04, 2012

CV 2 80 282 MISC

Mr. Richard W. Wieking, Clerk of the Court
U.S. District Court for Northern California
450 Golden Gate Avenue, 16th Fl., Rm. 111
San Francisco, CA 94102

VIA UPS NEXT DAY DELIVERY

CRB

Notice to the Court per 28 U.S.C. § 754
United States of America v. HISPANIA PRIVATE EQUITY, L.P.
U.S. Northern District of Illinois - Eastern Division - Civil Action No. 1:12-CV-09232

Dear Mr. Wieking:

This is to advise you that, in accordance with 15 U.S.C. § 687c, the U.S. District Court for the Northern District of Illinois, Eastern Division, has taken exclusive jurisdiction of HISPANIA PRIVATE EQUITY, L.P. ("HISPANIA") and the assets thereof, and has appointed the U.S. Small Business Administration ("SBA"), an agency of the federal government, as the Receiver.

A portion of the property of Hispania may be located in your jurisdiction. We therefore are enclosing for filing, copies of the Complaint and Order establishing the Receivership, as required by 28 U.S.C. § 754. Please ensure that it is filed in your jurisdiction.

The United States District Court, in an order appointing SBA Receiver for Hispania, stayed all legal proceedings involving Hispania, and prohibited the filing of any actions against the Receiver unless permission of the Court is first obtained.

The Receiver is in the process of ascertaining what and where legal proceedings pertaining to Hispania are pending. Should the Receiver learn of relevant legal proceedings within the jurisdiction of your Court, the Receiver will promptly notify you there of.

We also have enclosed extra copies of the Order and Complaint, which we request that you stamp file and return in the enclosed self-addressed stamped envelope.

Sincerely,

By: *Michele Long Pittman*
Michele L. Pittman
Chief, Corporate Liquidation and Receivership Operations
Office of Liquidation